USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/13/2019

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
CARLINE JEAN-PIERRE,

        Plaintiff,

-against-

CITIZEN WATCH COMPANY OF
AMERICA, INC., d/b/a BULOVA,
GREGORY THUMM, GLENN PARKER,
SUSAN CHANDLER and JOHN HUGGGARD,
        Defendants.
-----------------------------------------------------------X

18 **CIVIL** 0507 (VEC)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated November 12, 2019, Defendants' motion for summary judgment is granted as to all of Plaintiff's claims; accordingly, the case is closed.

**Dated:** New York, New York
       November 13, 2019

                                    RUBY J. KRAJICK
                                    Clerk of Court

BY:
                                    Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON 11/13/2019